Charles Tutundgy and Others, Copartners, etc., Appellants, v. Needle Art Corporation and Others, Respondents, Impleaded with Another.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Cecelia Ida Cardaropoli, as Administratrix, etc., of Joseph Cardaropoli, Deceased, Respondent, v. De Lisser Motors, Inc., Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of Hannah Orsech Bedrick, Appellant, against Edward Bedrick, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Carroll K. Marcell, Appellant, v. Edna Marcell, Respondent.— Order modified by eliminating amount directed to be paid by plaintiff to defendant for her support and maintenance as alimony, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Katie Hauck and William Hauck, Respondents, v. Charles Weisbecker, a Domestic Corporation, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Katie Hauck and William Hauck, Respondents, v. Charles Weisbecker, a Domestic Corporation, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within ten days after completion of examination before trial. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the New York Title and Mortgage Company. In the Matter of the Application of Fred Seymour for Permission to Sue the New York Title and Mortgage Company, and George S. Van Schaick, Superintendent of Insurance of the State of New York, as Rehabilitator of the New York Title and Mortgage Company.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

The McClure Newspaper Syndicate, Respondent, v. John N. Wheeler and North American Newspaper Alliance, Inc., Appellants, Impleaded with Another.— Order modified by excluding item 5 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of, and Rehabilitate the New York Title and Mortgage Company. In the Matter of the Application of Central Hanover Bank and Trust Company, Respondent, for Certain Relief against George S. Van Schaick, Superintendent of Insurance of the